IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ST. JULIAN LADSON | } |
| | } |
| Plaintiff | } |
| | } |
| v. | } CIVIL ACTION NO. H-05-1643 |
| | } |
| UNITED STATES POSTAL SERVICE, and | } |
| JOHN E. POTTER, Post Master General | } |
| | } |
| Defendant | } |

**FINAL SUMMARY JUDGMENT**

On this 26th day of June, 2007, in the action pending between Plaintiff, St. Julian Ladson, and Defendant, United States Postal Service, and John E. Potter, Post Master General, the court issued its Memorandum Opinion on Summary Judgment that Plaintiff's claims must be dismissed as a matter of law, and the court hereby **ORDERS** that Plaintiff take nothing and that Defendant is awarded its costs.

SIGNED at Houston, Texas, this 26th day of June, 2007.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE

-1-